UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Q. M., et al.,

        Plaintiffs.

  v.

SAN MATEO SUPERIOR COURT OF CALIFORNIA,

        Defendant.

Case No. 15-cv-01167-JCS

**ORDER TO SHOW CAUSE**

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on June 12, 2015, before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear on **June 26, 2015, at 9:30 AM,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear through counsel as ordered by the Court on March 31, 2015.

IT IS SO ORDERED.

Dated: June 16, 2016

_____
JOSEPH C. SPERO
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q. M., et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>SAN MATEO SUPERIOR COURT OF CALIFORNIA,<br><br>        Defendant. | Case No. 15-cv-01167-JCS<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 16, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeremiah D. Manning
575 3rd Street, #6C
Brooklyn, NY 11215

Dated: June 16, 2015

                                        Richard W. Wieking
                                        Clerk, United States District Court

By:_____
Karen Hom, Deputy Clerk to
Chief Magistrate JOSEPH C. SPERO